# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Aaron Ridge,

      Plaintiff(s),

v.

Harris Las Vegas, LLC,

      Defendant(s).

Case No. 2:24-cv-01910-CDS-NJK

**Order**

Due to conflicting duties of the Court, the settlement conference is **CONTINUED** by one day to 10:00 a.m. on August 7, 2026.  Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on July 31, 2026.  All other requirements previously outlined continue to apply.  Docket No. 38.

IT IS SO ORDERED.

Dated: May 15, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1