**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Aaron Ridge, | Case No. 2:24-cv-01910-CDS-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 40] |
| Harris Las Vegas, LLC, | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the settlement conference, Docket No. 40, which is **GRANTED**. The settlement conference is **CONTINUED** to 10:00 a.m. on October 20, 2026. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on October 13, 2026. All other requirements previously outlined continue to apply. Docket No. 38.

IT IS SO ORDERED.

Dated: May 26, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1