**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Aaron Ridge,<br>Plaintiff(s),<br>v.<br>Harris Las Vegas, LLC,<br>Defendant(s). | Case No. 2:24-cv-01910-CDS-NJK<br>**Order** |

Given the joint statement of futility, Docket No. 43, the Court VACATES the settlement conference.

IT IS SO ORDERED.

Dated: October 15, 2026

Nancy J. Koppe
United States Magistrate Judge